# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-2638

———————

Donnie Ray Wilkinson,              *
                                        *

            Plaintiff-Appellant,     *

                                        *    Appeal from the United States
      v.                          *    District Court for the
                                        *    Eastern District of Arkansas.

Hot Springs Police Department;   *
Garland County Sheriff Department; *      [UNPUBLISHED]
Federal Bureau of Investigation, in *
Hot Springs, Arkansas; Does, City  *
Attorneys, Judges in Hot Springs,  *
Arkansas, and the Judges of Arkansas, *
                                        *

           Defendants-Appellees.   *

———————

Submitted: July 22, 2004
Filed: August 3, 2004

———————

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

———————

PER CURIAM.

Donnie Ray Wilkinson brings this *pro se* appeal challenging the district court's dismissal of his case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). After granting Wilkinson's motion to proceed in forma pauperis, the district court concluded that Wilkinson's complaint was frivolous and dismissed it because it did not allege any basis for the court's jurisdiction or any actionable legal theory and appeared to be an

attempt to avoid other court rulings. After *de novo* review of the record, <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we affirm the district court. <u>See</u> 8th Cir. R. 47A(a).

_____